IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MIGUEL ANGEL LLAMAS** and all others similarly situated under 29 U.S.C. § 216(b), | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:17-CV-394-L** |
| **TX CONCIERGE, INC.** a/k/a TXC Bookkeeping Services; **DALLAS VALET SERVICE, INC.** a/k/a Fort Worth Valet a/k/a McKinney Valet a/k/a Southlake Valet a/k/a DVS a/k/a Valet Dallas a/k/a Dallas Valet a/k/a DFW Valet; **BMW OF DALLAS; ABDALLAH DEMACHKIE** a/k/a Danny Demachkie; **and AHMAD DEMACHKIE,** | § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the court is the parties' Stipulation of Dismissal and Joint Motion to Dismiss With Prejudice, filed November 17, 2017. The court determines that the motion should be, and is hereby, **granted**. Accordingly, this is a final order and all claims asserted by any party against another party are **dismissed with prejudice.** The parties shall bear their own attorney's fees, court costs and expenses.

**It is so ordered** this 20th day of November, 2017.

Sam A. Lindsay
United States District Judge

Order – Solo Page